**Order entered March 10, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00028-CV

## THE STATE OF TEXAS, Appellant

## V.

## MESQUITE CREEK DEVELOPMENT, INC., ET AL., Appellees

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-14-05842-B**

## ORDER

Before the Court is appellees' March 6, 2020 unopposed second motion for an extension of time to file their brief on the merits. We **GRANT** the motion and extend the time to **April 8, 2020**. We caution appellees that further extension requests will be disfavored.

/s/ BILL WHITEHILL
JUSTICE